**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD LEE LOFTON,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>PEOPLE OF CALIFORNIA, et al.,<br><br>　　　　　Respondents. | CASE NO. CV 08-06526 JVS (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of DONALD LEE LOFTON, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: March 21, 2011

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE